UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL R. KELLY AND ASHLEY KELLY,<br><br>PLAINTIFFS,<br><br>v.<br><br>FMK FIREARMS, INC., JOHN DOES (1-10)<br><br>DEFENDANTS. | CIVIL ACTION NO.: 5:15-CV-182 |

## MOTION OF STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, and Defendant FMK Firearms, Inc., pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), hereby stipulates that the above-styled action and all claims contained therein be dismissed **with prejudice**. This stipulation is signed by all Parties who have appeared in this action. The Clerk is requested to mark the file accordingly.

Respectfully submitted this 7th day of October, 2016.

[SIGNATURES FOLLOW ON NEXT PAGE]

LINK & SMITH, PC

*/s/ Houston D. Smith*
Houston D. Smith, III, Esq. *(signed by William W. Horlock, Jr. with express permission)*
Georgia Bar No. 659330
*ATTORNEY FOR PLAINTIFFS*

2142 Vista Dale Court
Tucker, GA 30084
Phone:  414-5394
smith@linksmithpc.com

SCRUDDER, BASS, QUILLIAN, HORLOCK, TAYLOR & LAZARUS LLP

*/s/ William W. Horlock, Jr.*
William W. Horlock, Jr., Esq.
Georgia Bar No. 366980
*ATTORNEY FOR DEFENDANT FMK FIREARMS, INC.*

900 Circle 75 Parkway
Suite 850
Atlanta, GA  30339
Phone:  (770) 612-9200
bhorlock@scrudderbass.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing **MOTION FOR STIPULATION OF DISMISSAL WITH PREJUDICE** upon all parties to this matter using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Houston D. Smith, III
Link & Smith, PC
2142 Vista Dale Court
Tucker, GA 30084

This 7th day of October, 2016.

                                             */s/ William W. Horlock, Jr.*
                                             William W. Horlock, Jr., Esq.